IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KATORIA GREENE,**

    **Petitioner,**

**v.**     Case No. 4:22-cv-46-AW-ZCB

**ERICA STRONG,**
**Warden of FCI Tallahassee,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation. ECF No. 21. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 21) is adopted and incorporated into this order.

2. Respondent's motion to dismiss (ECF No. 11) is GRANTED.

3. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice."

4. The clerk will then close the file.

SO ORDERED on January 9, 2023.

                        s/ *Allen Winsor*
                        United States District Judge